2:22-cv-99-TBM-RPM



ERIC DEJUAN JONES

VERSUS

WILLIE BROWN, Jailor Cheif

Sworn and Subscribed   COMPLAINT FOR CONVERSION   Affidavit

1  On or about the 17th day of December, 2020 defendant WILLIE BROWN, by and through Sheriff service of process at 2325 Columbia Ave., Prentiss, MS 39474 began to convert to his own "ministry for profit in Carson, MS 394__" texts: Sermons and voice of Ministry" of the WITHHOLDING AGENT EIN#__: Commissioner Intellect including but not limited to: "Five Star General Willie "Bulldozier" Brown" of the value Defendant, Willie Brown "valued at revival worth $175.00 per day" he would pay Plaintiff to conduct revival service if lawfully allowed to spearhead church as Minister or otherwise of the value of _____ per 1 hour converts called "talking while standing or sitting" during 12-17-2020 to Ehyeh 16-2020" the concerts, equity, or EFFECTS U.S.C.A. 14 and 4 illegally seized, intercepted, or otherwise U.S.C.A. 14 md 5 deprived of Limbs, taken without just compensation, And otherwise UNDERWARE or WEARS, $5.00 cash, $1.00 EBT card and numerous Pages designated for United States courts.

Wherefore Plaintiff demands Jury Trial tentatively in Jefferson Davis County Circuit Court upon damages_____ and equity

That such Equity premises concurrent Jefferson Davis County Chancery Jurisdictional Transfer of "unsound mind of Willie Brown and Eric DeJon Jones soleless two parties for estimations of $175.00 per night as following:

A. Plaintiff's February 2020 transcripted sole occasional 1 hour 19-29 minutes "Voice" Itunes b7cale@icloud.com PERMISSION REQUESTED sermon estimate value of _____ the BLACK HISTORY SPEECH joinded as Micheal Sands or Nate daughter of blood brother Timothy Jones, wife "Jeb" lodged CD and/or PD MARY brother "TRAP" and/or original 72 Collins Lane, Prentiss, MS 39474 as incorporated above IRS approved S-4 application

EQUITY of facts law or otherwise

B. Defendants Willie Brown social security number, federal exertion Audit here ministering, Jailor 14 years history of contracts, bribes, extortions, leaks of effects or monies, SS1 card, underwear, I.D. card EBT fist fight or otherwise 325 lb housing with Thomas, Occasional concentrations LUNACY, IDIOCY or Unsound Mind, whether by Answer or otherwise COMPASSIONATE AGREEMENT voided in 21 days if not admitted upon first answer:

PROMISE, COVENANT or Agreements or Snitching on Sheriff Ron Strickland "21-30 days 42 USCS § 1994 12-17-20 to 02/16/22 while held Chapter 77 waiver of federal prosecution and 1 million dollars per day Defendant. Brown wish or wish not of United States Attorneys or counseling understood District Attorneys' roles to truth seek. if imprisoned over 21-30 days PRIEST IMMUNITY of Plaintiff Jones --- for truth testimony of A. PROCESS filed, taken, offered, recieved, delivered, concealed, hindered, proceded, or docketed. And B. Any and all non-code of silenced trust of corruption And C. Other of equity, law and facts that of concurrent Chancery LUNACY Example herein or thereof or shall if full federal or state or otherwise not settled in 21 days of this notice, F.R.C.P. or M.R.C.P. Depositional sworn testimony direct examination by the Plaintiff and competent other judicial officer qualified to depose pending appeal No. 33-23-CR-40-DH

NOTARY REPUBLIC

AFFIANT
Plaintiff, Eric DeJon Jones
MSP# S0222, SMCI UNIT D B-Zone Bed 114
P.O. Box 1419 Leakesville, Mississippi 39474

MY COMMISSION EXPIRES: _____