IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ERIC DEJUAN JONES**                                                                                    **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO. 2:22-cv-99-TBM-RPM**

**WILLIE BROWN**                                                                                       **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this same day and incorporated herein by reference,

**IT IS ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

This, the 23rd day of December, 2022.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**